**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7857**

WILLIE LEE BERRY,

                    Plaintiff - Appellant,

          v.

M. TIMOTHY PORTERFIELD,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:08-cv-00311-GCM)

Submitted: February 19, 2009          Decided: February 25, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Lee Berry, Appellant Pro. Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Lee Berry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Berry v. Porterfield, No. 3:08-cv-00311-GCM (W.D.N.C. Aug. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2